## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

JOSEPH CARTHRON                                                                                          PLAINTIFF

v.                                        No. 4:07CV000879 JLH/JTR

ARKANSAS DEPARTMENT OF COMMUNITY CORRECTION;
ANNE GEDDINGS, Deputy Director Administrative Services,
Arkansas Department of Community Correction;
HELEN MORRISON, Restitution Employee,
Arkansas Department of Community Correction;
BECKY REEVES; Assistant Area 10 Manager,
Prosecuting Attorney Sixth Judicial District;
MELANIE MARTIN, Chief Deputy Prosecutor,
Sixth Judicial District;
JOHN DOES 1-4                                                                                         DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.  After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that:

1.      Pursuant to 28 U.S.C. § 1915(e)(2), Defendant Arkansas Department of Community Correction is DISMISSED, WITHOUT PREJUDICE, because Plaintiff has failed to state a claim against it.

2.      Plaintiff is ordered to file, **within 120 days,** a "Motion for Service," which states the full names and service addresses of each of the John Doe Defendants.

3.      The Clerk is directed to prepare a summons for Defendants Geddings, Morrison,

Reeves, and Martin, and the United States Marshal is directed to serve copies of the Complaint, (docket entry #2), Amended Complaint (docket entry #8), Motion for Preliminary Injunction and Brief in Support (docket entries #3 and #4), the Recommended Partial Disposition, and this Order upon each of those three Defendants without prepayment of fees and costs or security therefor.

  4. Defendants are ordered to file, with their Answer, a Response to Plaintiff's Motion for Preliminary Injunction.

  Dated this 26th day of October, 2007.

                _____
                UNITED STATES DISTRICT JUDGE