# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

JOSEPH CARTHRON      PLAINTIFF

V.      4:07CV000879 JLH/JTR

ANNE GEDDINGS, Deputy Director Administrative Services,
Arkansas Department of Community Correction;
HELEN MORRISON, Restitution Employee,
Arkansas Department of Community Correction;
BECKY REEVES; Assistant Area 10 Manager,
Prosecuting Attorney Sixth Judicial District;
MELANIE MARTIN, Chief Deputy Prosecutor,
Prosecuting Attorney Sixth Judicial District;
JOHN DOES 1-4      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Defendants' Motions to Dismiss (docket entries #28 and #34) are GRANTED, and the case is DISMISSED, WITHOUT PREJUDICE.

Dated this 22nd day of January, 2008.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE